429 A.2d 104

Commonwealth, Appellant, v. Randall.

Argued June 10, 1980. Maxine Stotland, Assistant District Attorney, for Commonwealth, appellant; Lenard Sosnov, Assistant Public Defender, for appellee.

Before BROSKY, HOFFMAN and CIRILLO, JJ.*

The judgment of sentence of the court below is affirmed.